No. 10-10879. Roman Sonny McCarthy, Petitioner v. Steve Ette, et al.

565 U.S. 854, 132 S. Ct. 184, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 6598.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10880. Serge Eric Bayard, Petitioner v. H. L. Hufford, Warden.

565 U.S. 855, 132 S. Ct. 185, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 6293.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-10882. Paul Bernall, Petitioner v. United States.

565 U.S. 855, 132 S. Ct. 185, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 6001.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 865.

No. 10-10883. Johnathon James Barnett, aka Jonathan James Barnett, Petitioner v. United States.

565 U.S. 855, 132 S. Ct. 185, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 5856.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 17.

No. 10-10884. Kevin Johnson, Petitioner v. United States.

565 U.S. 855, 132 S. Ct. 185, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 6258.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 414 Fed. Appx. 176.

No. 10-10885. John That Luong and Mady Chan, Petitioners v. United States.

565 U.S. 855, 132 S. Ct. 185, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 6099.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 627 F.3d 1306.

No. 10-10886. Henry James Koehler, IV, Petitioner v. State Bar of California.

565 U.S. 855, 132 S. Ct. 185, 181 L. Ed. 2d 94, 2011 U.S. LEXIS 6370.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.